IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JEREMY COLTON LIGHT,

           Petitioner,

v.                                   CIVIL ACTION NO.   2:24-cv-00254

GEORGE TRENT,

           Respondent.

ORDER

      This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On October 10, 2024, Magistrate Judge Aboulhosn submitted his Proposed Findings and Recommendations ("PF&R"), [ECF No. 10], and recommended that the court grant Respondent's Motion to Dismiss and dismiss without prejudice Petitioner's Petition under 28 U.S.C. § 2254 for Writ of *Habeas Corpus*. Neither party timely filed objections to the PF&R nor sought an extension of time.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** Respondent's Motion to Dismiss, [ECF No. 7], **DISMISSES without prejudice** Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus*.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:　November 7, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE